PATTISHALL McAULIFFE®

JESSICA A. EKHOFF

DIRECT 312-554-7942
jae@pattishall.com

October 22, 2025

Via ECF and Email (ALCarterNYSDChambers@nysd.uscourts.gov)
The Honorable Judge Andrew L. Carter Jr.
United States District Court for the Southern District of New York
Courtroom 444
40 Foley Square
New York, NY 10007

Re: Objection to Plaintiff Representing Itself *Pro Se* and Error in CM/ECF System in *Stroll to the Polls, Inc. v. Alpha Kappa Alpha Sorority*, Case No. 1:25-cv-07809

Dear Judge Carter,

We represent the Defendant, Alpha Kappa Alpha Sorority ("AKA"), in the above-referenced matter. In accordance with Rule 1.A of Your Honor's Individual Rules of Practice, we respectfully submit this letter to 1) voice AKA's objection to Plaintiff, Stroll to the Polls, Inc. ("STTP"), a nonprofit corporation, appearing *pro se* in this proceeding, and 2) notify the Court that individual Ms. Nima Farris, was erroneously included as an additional plaintiff in the CM/ECF system for this case.

STTP Is Not Entitled to Proceed *Pro Se.*

Under this Court's precedent, a corporate defendant is not allowed to proceed without a licensed attorney. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("a layperson may not represent a separate legal entity such as a corporation") *citing Shapiro, Bernstein & Co. v. Cont'l Record Co.*, 386 F.2d 426, 427 (2d Cir. 1967).

STTP's Complaint, filed on September 18, 2025, indicates that it is represented by Nima Farris, a "Director" of STTP. [Dkt. 1]. It does not appear that Ms. Farris is a licensed attorney who is authorized to represent STTP in this proceeding. Indeed, we have not found any record of anyone named Nima Farris being authorized to practice law in the State of New York after reviewing the New York State Unified Court Systems website. STTP has not provided any other indication that it is

represented by authorized counsel. Accordingly, AKA respectfully requests that this Court order STTP to retain appropriate counsel in this proceeding.

<u>Nima Farris Is Not a Party In This Case.</u>

The docket on the CM/ECF system for this case refers to Nima Farris as a co-plaintiff with STTP. *See* screenshot from CM/ECF system, attached hereto. The docket also refers to this case as "*Farris et al v. Alpha Kappa Alpha Sorority*." Ms. Farris, however, is not a party to this case. The only plaintiff is STTP.

The case caption in STTP's Complaint, which only lists STTP as a Plaintiff, is shown below:

| | |
|---|---|
| Stroll to the Polls, Inc.<br>Plaintiff,<br>v.<br>Alpha Kappa Alpha Sorority<br>Defendant. | Civil Action: |

[Dkt. 1]. Additionally, the section in STTP's Complaint entitled "The Parties" does not include Ms. Farris, as shown below:

**THE PARTIES**

2. Plaintiff STTP is a non-profit existing under the laws of the State of New York with an address of 2266 Fifth Avenue, 728, New York, NY 10037.

3. On information and belief, Defendant Alpha Kappa Alpha Sorority is a nonprofit corporation organized under the laws of the District of Columbia with an address of 5656 S. Stony Island Avenue, Chicago, IL60637.

*Id*. Accordingly, AKA respectfully requests that this Court remove Ms. Farris as a plaintiff in this case in the CM/ECF system.

Please let us know if Your Honor would like any additional information regarding the above-referenced requests.

Respectfully submitted,

/Jessica A. Ekhoff/

JAE:dsh

cc: Plaintiff Stroll to the Polls, Inc., (Via ECF, Email to ip@strolltothepolls.org, and U.S. mail to: Nima Farris, 2266 Fifth Avenue Suite 728, New York, NY 10037)

# EXHIBIT A

**1:25-cv-07809-ALC** Farris et al v. Alpha Kappa Alpha Sorority
Andrew L. Carter, Jr, presiding
**Date filed:** 09/18/2025
**Date of last filing:** 10/17/2025

# Case Summary

| | | |
|---|---|---|
| **Office:** Foley Square | **Filed:** 09/18/2025 | |
| **Jury Demand:** Plaintiff | **Demand:** | |
| **Nature of Suit:** 840 | **Cause:** 15:1051 Trademark Infringement | |
| **Jurisdiction:** Federal Question | **Disposition:** | |
| **County:** NewYork | **Terminated:** | |
| **Origin:** 1 | **Reopened:** | |
| **Lead Case:** | None | |
| **Related Case:** | None | **Other Court Case:** None |
| **Defendant Custody Status:** | | |
| **Flags:** ECF,PRO-SE | | |

**Plaintiff:** Nima Farris
**Plaintiff:** Stroll to the Polls, Inc.
**Defendant:** Alpha Kappa Alpha Sorority **represented by** Jessica Ekhoff **Phone:**312-554-8000
**Email:** jae@pattishall.com
**Defendant:** Alpha Kappa Alpha Sorority **represented by** Daniel Hess **Phone:**312-554-7983
**Email:** dsh@pattishall.com

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/17/2025 14:33:24 | | | |
| **PACER Login:** | JessicaEkhoff | **Client Code:** | 99999-999-99999 |
| **Description:** | Case Summary | **Search Criteria:** | 1:25-cv-07809-ALC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |