UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FARRIS,

                         Plaintiff,         1:25-cv-07809 (ALC)

        -against-                          <u>ORDER</u>

ALPHA KAPPA ALPHA SORORITY.,

               Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 22, 2025, Defendant filed a letter 1) objecting to Plaintiff, Stroll the Polls, Inc. appearing *pro se* and 2) notifying the Court that Nima Farris is erroneously included as a Plaintiff. ECF No. 10.

Plaintiff is ordered to respond to Defendant's letter by November 6, 2025.

**SO ORDERED.**

Dated:  October 28, 2025

       New York, New York                         **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**