UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FARRIS,

                        Plaintiff,          1:25-cv-07809 (ALC)

      -against-                   **ORDER**

ALPHA KAPPA ALPHA SORORITY.,

                    Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 7, 2025, the Plaintiff filed a letter with the Court stating that the sole Plaintiff in the case is Stroll to the Polls and that Plaintiff needs more time to secure representation. ECF No. 13. On November 13, 2025, Defendant filed a letter response consenting to the Plaintiff's request for additional time to find counsel and requesting to file an answer 21 days after Plaintiff's counsel files a notice of appearance. ECF No. 14.

Plaintiff is ORDERED to secure representation by January 7, 2026. Defendant's answer will be due 21 days after Plaintiff's counsel files a notice of appearance. The Clerk of Court is ORDERED to remove Nima Farris as a Plaintiff.

SO ORDERED. Dated:

November 18, 2025

New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**