UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

FARRIS,

                    Plaintiff,    :     1:25-cv-07809 (ALC)

-against-             :     **ORDER**

ALPHA KAPPA ALPHA SORORITY.,

                Defendants.    :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 13, 2026 Plaintiff filed a letter with the Court asking for an extension of 60 days to secure representation. ECF No. 16. Because the Court has yet to receive any opposition on the docket from Defendant, the Court grants this extension.

Plaintiff is ORDERED to secure representation by March 13, 2026. This is the final extension. Defendant's answer will be due 21 days after Plaintiff's counsel files a notice of appearance.

SO ORDERED. Dated:

January 22, 2026

    **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**