UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

FARRIS,

                      Plaintiff,   :    1:25-cv-07809 (ALC)

    -against-              :    **ORDER**

ALPHA KAPPA ALPHA SORORITY.,

             Defendants.

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    At this time, Defendant's request for a pre-motion conference is denied. Plaintiff had until April 22, 2026 to amend its Complaint.

    The Clerk of Court is respectfully requested to terminate ECF Nos. 10 and 20.

**SO ORDERED.**

**Dated:** April 1, 2026

    **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**