# EXHIBIT A




STROLL TO THE POLLS™

NEW





COLLECTION

# TRUNK SHOW

January 6, 2018, 12-4 PM
Stamford Town Center
Stamford, CT

**Stroll to the Polls™**

# BLACK HISTORY MONTH

## Pop-Up & Chew




**Shop our latest offerings!**

**210 West 146th, Community Room**
**Harlem, USA**
**2 PM - 6PM**

**Refreshments Provided**

**FEBRUARY 25, 2018**