# EXHIBIT B

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1117729**

Filing date: **03/02/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Alpha Kappa Alpha Sorority |
| Granted to Date of previous extension | 03/03/2021 |
| Address | 5656 S. STONY ISLAND AVENUE<br>CHICAGO, IL 60637<br>UNITED STATES |

| | |
|---|---|
| Attorney information | PAULA JILL KRASNY<br>LEVENFEL PEARLSTEIN, LLC<br>2 N. LASALLE STREET<br>SUITE 1300<br>CHICAGO, IL 60602<br>UNITED STATES<br>Primary Email: pjkdocket@lplegal.com<br>Secondary Email(s): jhirsh@lplegal.com, rwilliamson@lplegal.com, lwiley@lplegal.com<br>3124767585 |
| Docket Number | 44356-124996 |

## Applicant Information

| | | | |
|---|---|---|---|
| Application No. | 90012428 | Publication date | 11/03/2020 |
| Opposition Filing Date | 03/02/2021 | Opposition Period Ends | 03/03/2021 |
| Applicant | Ramona Prioleau<br>2266 FIFTH AVE., #728<br>NEW YORK, NY 10037<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| |
|---|
| Class 025. First Use: 2018/00/00 First Use In Commerce: 2018/00/00<br>All goods and services in the class are opposed, namely: Aprons; Bibs, not of paper; Bodysuits; Dresses; Footwear; Hats; Jackets and socks; Pants; Shirts; Skirts; Swimwear |

## Grounds for Opposition

| | |
|---|---|
| Failure to function as a mark | Trademark Act Sections 1, 2 and 45 |
| Fraud on the USPTO | In re Bose Corp., 580 F.3d 1240, 91 USPQ2d 1938 (Fed. Cir. 2009) |
| Other | Priority and likelihood of confusion; Trademark |

| | |
|---|---|
| | Act Section 2 Merely ornamental; Trademark Act Section 2 and 45 |

| | |
|---|---|
| Attachments | NoticeofOppositionAN90012428finalwexhibits.pdf(4198395 bytes ) |

| | |
|---|---|
| Signature | /Paula Jill Krasny/ |
| Name | PAULA JILL KRASNY |
| Date | 03/02/2021 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| In the Matter of:<br><br>Application: 90012428<br>Mark: **STROLL TO THE POLLS**<br>Application Date: June 20, 2020 | |
| Alpha Kappa Alpha Sorority<br><br>Opposer,<br><br>v.<br><br>Stroll to the Polls, Inc.,<br><br>Applicant. | Opposition No. ________ |

## NOTICE OF OPPOSITION

Alpha Kappa Alpha Sorority, a District of Columbia nonprofit corporation, having a business address of 5656 S. Stony Island Avenue, Chicago, Illinois ("**AKA**" or "**Opposer**"), believes that it will be damaged by registration of Application No. 90012428 for the mark STROLL TO THE POLLS and hereby opposes its registration. In support of its Notice of Opposition, AKA alleges as follows:

**Background Information on "STROLL TO THE POLLS"**

1. "Strolling" is a longstanding tradition associated with the Divine Nine, which are nine African-American fraternity and sorority organizations. Opposer AKA is a member of the Divine Nine.

2. Strolling is a dance form that dates back to the early 1900s that proudly showcases African-American culture, harkens back to African roots and is performed to show camaraderie, community, unity and love.

3. For many years prior to Applicant's 2018 alleged dates of first use, AKA has been using the phrase "STROLL TO THE POLLS" in an effort to get people to the polls to vote. Other members of the Divine Nine also have used the tagline in connection with voter engagement and registration prior to 2018.

4. AKA has a time-honored tradition of voter engagement and registration. In connection with Sorority member Vice-President Kamala Harris having been on the Presidential ballot, one of the AKA Sorority members catapulted the concept of "STROLL TO THE POLLS" onto the national stage by recruiting other members of Divine Nine sororities to create a video that went viral. **Exhibit A** contains a news article explaining how members of the Divine Nine have mobilized voters to the polls for decades and provides more information about the creation of the "STROLL TO THE POLLS" video that went viral.

5. With the advent of AKA Sorority member Vice-President Harris having been on the Presidential ballot, there has been an explosion of STROLL TO THE POLLS merchandise for sale. Demonstrating this, **Exhibit B** contains a screenshot from the "Images" section of a Google search for "STROLL TO THE POLLS MERCHANDISE," showing a large number of T-shirts bearing the STROLL TO THE POLLS tagline.

**<u>The "STROLL TO THE POLLS" Application</u>**

6. The original owner of the subject application was Ramona Prioleau ("**Prioleau**"). On or about December 1, 2020, Prioleau assigned the application to Applicant. **<u>Exhibit C</u>** contains a copy of the assignment. As indicated in the assignment, as well as the prosecution history for the application, Prioleau is the Correspondent for the application. *See* **<u>Exhibit D</u>** **(**USPTO title/status printout, showing Prioleau is the Correspondent for the application).

7. As indicated on Applicant's www.strolltothepolls.org website, Prioleau is the founder of Applicant and "A life member of Alpha Kappa Alpha Sorority." *See* **<u>Exhibit E</u>** (print out from www.strolltothepolls.org).

8. In addition to the subject application, Prioleau filed Application No. 90248099 for STROLL TO THE POLLS in Class 36 for fundraising services relating to voter registration and mobilization, Class 41 for organizing voter events and Class 42 for a web application for voter registration and participation (the "**Second Application**"). The Second Application directly relates to voter registration and engagement. (Because the Second Application has not yet been published for opposition, it is not part of this Notice of Opposition.)

9. As indicated on Applicant's website, the Class 25 apparel is sold in conjunction with Applicant's mission to educate the public about voter registration. **<u>Exhibit F</u>** contains a printout from Applicant's website offering the merchandise for sale.

10. Upon information and belief, as a member of the AKA Sorority, Prioleau had prior knowledge of AKA's use of the phrase STROLL TO THE POLLS in connection with voter registration and engagement.

**Grounds for Opposition**

11. Opposer has prior use of and rights in the phrase STROLL TO THE POLLS. Opposer has not abandoned and continues to use the phrase STROLL TO THE POLLS.

12. Because the apparel sold under Applicant's mark is sold in conjunction with Applicant's mission of voter engagement, it is related to Opposer's prior longstanding and continuous use of STROLL TO THE POLLS.

13. Because the marks are identical, and the goods and services are highly related, the registration of Applicant's Mark is likely to cause confusion, or to cause mistake, or to deceive with respect to Opposer AKA's prior use of and common law rights in STROLL TO THE POLLS, in violation of Section 2(d) of the Trademark Act, 15 U.S.C. §1052(d).

14. In the alternative, Applicant's mark fails to function as a trademark because it provides an informational political message that is not capable of indicating source.

15. Applicant's mark, as applied to the apparel products, also is merely ornamental. As such, the tagline fails to function as an indicator of source and therefore is not registrable.

16. In the Declaration for the application, Prioleau stated that:

- she believed she was "the owner of the trademark… sought to be registered"; and
- to the best of her knowledge and belief, no other persons… have the right to use the mark in commerce."

17. As indicated in Prioleau's biography on Applicant's website in **<u>Exhibit E</u>** and her LinkedIn Profile in **<u>Exhibit G</u>**, Prioleau is a highly educated and sophisticated lawyer and business person who understands the import of legal Declarations. Applicant's website boasts:

> Ramona Prioleau spent many years as a corporate attorney, representing Board of Directors, investment banks, investment funds and activist investors.

18. Upon information and belief, as a member of the AKA Sorority, Prioleau knew of Opposer's prior use of and common law rights in and to the mark STROLL TO THE POLLS.

19. In the alternative, upon information and belief, Prioleau knew of the use of the phrase STROLL TO THE POLLS as a rallying cry by other members of the Divine Nine for voter engagement.

20. In failing to disclose these facts, Applicant's predecessor-in-title, Prioleau, upon information and belief, knowingly made fraudulent statements to the USPTO in an effort to procure a trademark registration to which Applicant is not entitled. Accordingly, Applicant and/or its predecessor-in-title, committed fraud on the USPTO, and registration of the subject application should be denied.

WHEREFORE, Opposer requests that the Board deny registration of Application No. 90012428 and that this Notice of Opposition be sustained in Opposer's favor.

Please charge the statutory filing fee of $600, as well as any shortfall, missing or excess fee to Deposit Account No. 502035, in the name of the undersigned Attorney for Opposer.

Respectfully submitted,

ALPHA KAPPA ALPHA SORORITY
By: One of its Attorneys

Dated: March 2, 2021

Paula Jill Krasny
Jason Hirsh
Lauren Wiley
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602
(312) 346-8380
pkrasny@lplegal.com
jhirsh@lplegal.com
lwiley@lplegal.com

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that the foregoing Notice of Opposition is being filed electronically via the Electronic System for Trademark Trials and Appeals (ESTTA) on this 2nd day of March, 2021.

Timothy Massat

# EXHIBIT A

January 18 2021
https://sports.yahoo.com/black-greek-organizations-fight-voter-suppression-with-stroll-to-the-polls-movement-154607918.html



Campbell's
We Make it Simple. You Make it Delicious.
Campbell's Condensed Crea Soup, 10.5 oz. Can (Pack of
2,465
$14.21 prime
Add to Cart
Garden of Life Multivitamin for Women - m...
6,368
$34.44 prime
Shop now

yahoo/life

# Black Greek organizations fight voter suppression with 'Stroll to the Polls' movement

Kerry Justich
November 3, 2020 · 6 min read



Women from the Divine Nine take part in Stroll to the Polls. (Photo: Mario Page Photography)

Black women and men of nine historically Black Greek organizations — known as the "Divine Nine" — have been doing their part to mobilize voters to the polls for decades by helping to register and educate their communities on important political issues. But now, leading up to the 2020 presidential election, the women that make up four of the Divine Nine are finally getting wide recognition — with their movement called "Stroll to the Polls," complete with viral videos and images of Black women making their way to voting sites.

mariopagephotography
Atlanta, Georgia
View Profile



View More on Instagram
572 likes
Add a comment...

Maisha Land of Atlanta, Ga., a member of Alpha Kappa Alpha (AKA) — a historically Black sorority founded at Howard University — brought the movement to life by bringing members of multiple Black sororities together to make a statement with powerful imagery in early October. Her idea was sparked and later supported by the shoutout to AKA given by Democratic vice presidential nominee Kamala Harris as she accepted her nomination in August.

"Family is my beloved Alpha Kappa Alpha, our Divine Nine and my HBCU [historically black

Ziploc Food Storage Meal Prep Container...
401
$4.31 prime
Add to Cart

TRENDING
1. NFL tells teams that 2021 scouting combine will not happen during pandemic
2. Report: Padres trade for Pirates' Musgrove, continue radical pitching rotation makeover
3. Bills fans reportedly raise $360K — and counting — for Jackson's favorite charity
4. Fired Jets coach Gase interviews with Seahawks for offensive coordinator role
5. Vanderbilt women's basketball latest to end season early due to COVID-19 pandemic

"Family is my beloved Alpha Kappa Alpha, our Divine Nine and my HBCU [historically Black colleges and universities] brothers and sisters," Harris said onstage.

Fellow Alpha Kappa Alpha member Kimberley Egonmwan and the social action chairwoman for the National Pan-Hellenic Council Chicago chapter tells Yahoo Life that the civic engagement work of these historically Black organizations is nothing new. With Harris's representation, however, their work is now being highlighted.

"If she is successfully elected as vice president, that will be the first, not only Black woman as a vice president, but the first woman as a vice president, the first graduate of a historically Black college or university as a vice president, and the first member of a Black Greek organization as a vice president," Egonmwan says. "That will be the first time any of that has happened."

Egonmwan additionally explains that Harris's shoutout to the organization in her speech goes to show just how AKA helped Harris to develop the leadership skills that led her to this nomination. And although the sorority remains nonpartisan, Harris's mention has certainly helped in AKA's general efforts to mobilize voters to the polls.

"It's the culture of Black Greek organizations to of course be extremely involved in civic engagement, but we also really enjoy each other and we enjoy fraternizing with each other and having a really good time as well," Egonmwan says, explaining that the "Stroll to the Polls" movement combines the two.

Land didn't immediately respond to Yahoo Life's request for comment. However, Egonmwan provides context to the powerful images and video that Land was inspired to create, and the words that appear on each participant's shirt.

"There are things called Greek strolls. They're actual strolls that are unique to each organization. So if you saw pink and green and this one organization doing a stroll, it would be unique. The call sign, the way they hold their hands, the way that we move, it will be unique to Alpha Kappa Alpha," she explains. "And I'm sure you've heard of step shows [popular rhythmic style of dance with footsteps and hand claps], as well. So I think that they basically were combining that to let the world know that we need to all go and vote. And so it's called Stroll to the Polls."

Since Land was joined by dozens of women in her get-out-the-vote movement in Atlanta, men and women across the country have posted photos and videos of themselves headed to the ballots with the hashtag #StrolltothePolls.

atlantasgrho
Atlanta, Georgia
View Profile



View More on Instagram

501 likes

atlantasgrho

With less than 30 days until Election 2020, we're coming and strolling to the polls in Greek Unity!! Four Atlanta area NPHC sororities came together for one common purpose, which is to empower all to the polls and VOTE! This "Stroll To The Polls" photo shoot features our own Eta Sigma Alumnae Chapter Sorors: Keondra Bonner, Kimberly Dantica, Clarice Diavua, Stella Whitaker, and Sharon Wilson!! Coming together for #Greater service, Greater progress! We see you shining #GOLDEN, Sorors!! 🕶 ⚜ 💛 💙

#SigmaGammaRho #SGRho #SGRhoVote #SERegionSGRho #ATL #Atlanta #EtaSigma #NPHC #DivineNine #GreekUnity #StrollToThePolls #Vote #AKA1908 #AKA #DST #DST1913 #ZPhiB #ZPhiB1920

View all 8 comments

Add a comment...

Dr. Robin Kelly
@RobinLynneKelly

My sorors and I decided to have some fun as we #StrollToThePolls and remind everyone to #Vote





9:45 PM · Nov 1, 2020

79 See Dr. Robin Kelly's other Tweets

Sarah Cooper
@sarahcpr

Voter suppression but make it fun



11:15 AM · Oct 25, 2020

103.6K 14.1K people are Tweeting about this

womenofaka
47.8k followers
View Profile



View More on Instagram

3,583 likes

womenofaka

How my LS's and I are pulling up to the polls on November 3 To register to vote and more info about voting, please click the link in our bio. #strolltothepolls
source: @stephaniedcoleman

view all 56 comments

Add a comment...

*Saturday Night Live* even did a skit called "Strollin'" to show why these efforts are so important, as a group of Black voters in '70s-inspired looks face a number of obstacles in trying to get to the polls.




Egonmwan explains that it is for this reason that people cannot simply participate in the movement without acknowledging its origins within historically Black organizations.

"These organizations are really just the outgrowth of a larger civil rights struggle that began well over a hundred years ago. In particular, Black women have been fighting for the right to vote," she says of the roots of Black Greek organizations. And while she's excited to see Atlanta members get viral attention for their strolls, Egonmwan reminds Americans to take a deeper look into the work of Black women.

"That video really went viral because, you know, everyone had on beautiful colors and they were dancing. But I think what is sometimes lost is all the work that we do in these communities 24/7 and have been doing well before there was ever a Kamala Harris, well before there was ever a 2020, before there was a President Obama, before there was anything like that. We are working, all of the chapters, all of the individuals all over this country, and we have got chapters across the world with different targets in which we are

trying to make our community better."



While voter registration, education, mobilization and participation have long been at the core of these organizations' efforts, Egonmwan says that an election protection committee has been added for the 2020 general election to ensure that the community doesn't face voter suppression. When it comes to Black women in particular, Egonmwan explains not only the importance of voting but also the importance of being represented in positions of power and ensuring that voices are heard.

"Black women are one of the largest growing voting blocks in the United States right now. And it's just important because we're a reliable voting block and Black women also want their voices to be heard as actual elected officials. So we encourage Black women to run for office, and we encourage black people in general to run for office and to listen, to actually listen to what is needed in our communities across the country," she says. "The only way to alleviate those problems is to make sure that we've got responsible people in office. So we're just trying every way possible to ensure that our voices are heard."

***Did you vote? Share that you did with the below face filter! Follow the election at yahoo.com/elections.***




**Read more from Yahoo Life**

- 'There's a lot at stake': Organizers share how they are fighting to protect voting rights for people of color
- Exotic dancers' PSA targeting Black male voters praised by activist: 'It speaks volumes'
- A young Navajo woman inspires her community to head to polls on horseback: 'Our ancestors fought for this right'

**Want lifestyle and wellness news delivered to your inbox? Sign up here for Yahoo Life's newsletter.**




Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting.




**LATEST STORIES**



NBC Sports Boston

**Bucs' Tom Brady shoves Saints defensive lineman during Divisional Round**

An angry Tom Brady attempted to shove a Saints defensive lineman during Sunday night's Divisional Round matchup, and it didn't go well.

23h ago





ProFootball Talk on NBC Sports

**Will Patrick Mahomes play on Sunday?**

When the NFL first implemented [illegible] with concussions to return to action more than a decade ago, a loose presumption emerged that a player who suffered a concussion would miss at least one game. Eventually, the presumption flipped, with most players making it back to...

1h ago



Ad • History-A22

**30 Celebs Who Are Couples And You Didn't Know**

See which of these celebrities are couples



Chiefs Wire

**Latest injury update on Chiefs QB Patrick Mahomes**

Chiefs HC Andy Reid provided a brief update on Mahomes on Monday afternoon.

7h ago




Patriots Wire

**Bruce Arians takes slight jab at Patriots following Buccaneers win vs. Saints**

Bruce Arians is just pointing out the obvious.

11h ago



Ravens Wire

**Ravens waive 4 players, including QB Robert Griffin III**

The Baltimore Ravens have started to clean up their roster after the end of the season, waiving four players including QB Robert Griffin III

3h ago



Ad • Post Fun

**His Dog Stared At The Wall, Look what he found...**

George Miller watched as his dog Crosby stared at one of the walls of their home, day in and day out. Finally, he decided to install a camera...




Texans Wire

**4 teams who could trade for Texans QB Deshaun Watson**

The Houston Texans aren't trading Deshaun Watson, but that isn't stopping these four teams from consider it, according to Ian Rapoport.

8h ago



NBC Sports Boston

**Bruce Arians throws shade at Bill Belichick, Patriots with Tom Brady observation**

Bruce Arians offered some unsolicited feedback for Bill Belichick and the Patriots after Tom Brady led the Buccaneers to playoff victory Sunday.

11h ago



NBC Sports Washington

**Stephen A. Smith blames Lamar Jackson for the Baltimore Ravens' loss to the Buffalo Bills**

ESPN's Stephen A. Smith put all the blame for the Ravens' 17-3 Divisional Round defeat on Lamar Jackson.

4h ago



Ad • sciencea2z.com

**Celebs Who Are Best Friends In Real Life**

Find out which celebrities are good friends not just on the set



Complex

**Johnny Manziel Called Out By Fans For Trolling Browns After Loss to Chiefs**

Johnny Manziel appeared to take a shot at the Cleveland Browns on Twitter after his former team fell to the Chiefs in the AFC Divisional Round.

23h ago




Yahoo Sports

**Report: Cavaliers to trade or release Kevin Porter Jr. after food-throwing locker room outburst**

Porter reportedly grew angry at a change in his locker location.

9h ago



The Associated Press

**Tennessee fires Pruitt, 9 others for 'serious' NCAA issues**

Chancellor Donde Plowman said Pruitt was responsible for overseeing the program. Tennessee has been conducting an internal investigation since a tip Nov. 13 into allegations of recruiting violations. "While the investigation is continuing the information provided to us indicates serious violations of NCAA rules,"...

4h ago



Ad • Gameday News

**Sportscasters Salaries Released, Viewers Are Upset**

Personalities like Erin Andrews and Mike Golic breathe life into these competitive games as few others can...



SNY

**Mets acquire LHP Joey Lucchesi from Padres in three-team deal: report**

The Mets reportedly acquired lefty starter Joey Lucchesi from the San Diego Padres in a three-team deal.

$2.32 off coupon

Garden of Life Multivitamin for Women · mykind



$2.32 off coupon

Garden of Life Multivitamin for Women · mykind



1h ago



Bills Wire

**LOOK: Josh Allen caught in background of now iconic Bills photo**

Buffalo Bills QB Josh Allen in background of photo after CB Taron Johnson interception vs. Baltimore Ravens in AFC Divisional round.

1d ago



Saints Wire

**Tom Brady joined Drew Brees postgame for one last look at the Superdome**

Tampa Bay Buccaneers QB Tom Brady spoke with New Orleans Saints QB Drew Brees and his family alone on the Superdome field after their game.

6h ago



Ad • Definition ···

**The Aftermath Of The Wild Life In Chernobyl**

Take A Look At Extreme Wildlife of the Chernobyl Exclusion Zone



Yahoo Sports

**Chiefs WR Tyreek Hill shoves position coach on sideline**

Was this horseplay or was Hill acting out in anger?

3d ago



Yahoo Sports

**Jaguars turned a blind eye toward the Rooney Rule and the ugly side of Urban Meyer's coaching history**

Meyer oversaw teams where many players were arrested and an assistant coach consistently abused his wife, but that doesn't seem to concern Jaguars owner Shad Khan.

11h ago



Yahoo Sport UK

**Americans suffer horror capsize while Ainslie's winning run continues at America's Cup**

US challenger American Magic suffered a horror crash, as a sudden gust of wind saw their boat sensationally flip, leaving officials frantically fighting to prevent a capsize becoming a sinking.

2d ago



Ad • Ultrasonic Pest Reject ···

**Say Goodbye to the Mouse in Your House**

There is a new technology that keeps spiders, roaches and rodents out of your home, voted the Best New Technology of 2018.



Golf Channel

**Favorite Jon Rahm withdraws from The American Express**

Betting favorite and past winner Jon Rahm withdrew from The American Express on Monday.

11h ago



Rams Wire

**Sean McVay shares what bothers him most from Rams' loss to Packers**

The Rams' second-to-last drive of the game stands out in Sean McVay's mind as a missed opportunity.

8h ago



Yahoo Sports

**Report: Padres trade for Pirates' Joe Musgrove, continue radical rotation makeover**

The Padres are reportedly adding yet another new face to their starting rotation, dealing for Joe Musgrove.

2h ago



© 2021 Verizon Media. All rights reserved.

# EXHIBIT B

Google

Stroll to the polls Merchandise

All News Shopping Images Videos More Settings Tools Collections SafeSearch

biden 2020 | serious matter | biden harris | official stroll | sorority | tee | hoodie | sweater | shirt sweater | aka

**Ads · Shop Stroll to the polls Merchandise**



Stroll to the Polls and Green
$12.00
Etsy



TeePublic | Stroll To The Polls T-Shirt |...
$13.00 ~~$20~~
TeePublic



TeePublic | Stroll To The Polls Baseball...
$20.00
TeePublic



Vote It's a Serious Matter! Vote Shirt,...
$22.00
Etsy
Free shipping



Biden Harris 2020 Stroll to the Polls...
$10.78
Etsy



Stroll To The Polls It's A Serious...
$13.16
Etsy


Stroll To The po T-Shirt Classic T
$19.07
Redbubble



Stroll to the polls shirts,Sweat...
8amshirt.com



Stroll to the Polls! VOTE T-shirt ...
mygreekboutique.co · In stock



Stroll to the polls shirts – Site ...
pinmartshirt.wordpress.com



Stroll to the polls shirts,Sweat...
8amshirt.com



polls shirts,Sweater, Hoodie ...
pinmartshirt.com


Serious
pfyshop.



Polls Shirt, hoodie, sweater ...
minashirts.com



a serious matter shirt, hoodie, ...
sunfrogtshirt.com · In stock



Stroll to the polls shirts,Sweate...
8amshirt.com



a serious matter shirt, hoodie, ...
sunfrogtshirt.com · In stock



Polls Shirt, hoodie, sweater ...
minashirts.com


Stroll To
istyletee



Polls Shirt, hoodie, sweater ...
meleshirt.com



Stroll To The Polls - AKA Votin...
thorshirts.com



Stroll to the Poll Black sorority ...
usat-shirt.com



polls shirts,Sweater, Hoodie ...
pinmartshirt.com



a Serious Matter Vote 2020 T-S...
theageofmiraclesbook.com · In st...


Polls Sh
peacemi



s a serious matter election ...



The Polls It's A Serious Mat...



s a serious matter election ...



Polls Shirt, hoodie, sweater ...



Lolo's Stroll to the Polls · Joe Biden

Stroll to the polls Merchandise

**Ads · Shop Stroll to the polls Merchandise**




Kamala Harris, Zeta Phi Beta, Howard...
$31.00
Etsy
Free shipping

PRICE DROP




TeePublic | Stroll To The Polls, It's A...
$15.00
Was $21
TeePublic




Kamala Harris, Zeta Phi Beta, Howard...
$20.00
Etsy
Free shipping




Stroll To The Polls / Biden Harris 2020 Shirt / It's A Serious Matter Shirt / White Shirt
$24.99
Etsy
Free shipping, no tax




Stroll To The Polls Classic T-Shirt
$19.79
Redbubble




Stroll To The Polls
$25.40
Etsy



Stroll to th and Vote, \
$21.00
Etsy




Stroll to the Polls! VOTE T-shirt – My ...
mygreekboutique.co · In stock




Stroll to the Polls Shirt
pinterest.it




Polls Shirt, hoodie, sweater ...
minashirts.com




Polls Shirt, hoodie, sweater ...
adanashirt.com




Stroll to the Polls" Sticker by ...
redbubble.com · In stock




Stroll To The Polls Long ...
realsimple.com




Stroll to the polls Biden Harris ...
sohopremiersg.com




Stroll to the Polls Svg and PNG | Etsy
etsy.com · In stock




Serious Matter Shirt, hoodie, s...
radio71shirt.com




Polls Shirt, hoodie, sweater ...
hophopshirt.com



serious
teepubl




Stroll to the Polls" Poster by ...
redbubble.com




Stroll To The Polls AKA Voting...
trendy-shirt.com




Stroll To The Polls - AKA Votin...
thorshirts.com




serious matter shirt, hoodie, s...
salet-shirtat.com




Stroll to the Poll Black sorority ...
usat-shirt.com



Serious
gonshirt.




s a serious matter election pr...
meredpremium.com · In stock




10 PACK Stick Figures Svg File Stick ...
pinterest.com




s a serious matter election pr...
machomeepremium.com · In sto...




Poll Vote 2020 shirt, hoodie, s...
gravisca.com · In stock




Strolling to the polls Joe Bide...
olafshirt.com · In stock



a Seric
theage

**Ads · Shop Stroll to the polls Merchandise**











Google

Stroll to the polls Merchandise



Stroll To The Polls Hoodie, Biden Harris 2020 Shirt,...
**$38.15**
Etsy
Free shipping



Stroll To The Polls Classic T-shirt | Redbubble Not Se...
**$23.21**
Redbubble



Strolling To The Polls! Akas For Kamala Harris...
**$34.85**
Redbubble



Stroll To The Polls (2) Long Sleeve Tees - Black -...
**$25.99**
Teespring US



Polls Shirt, hoodie, sweater ...
peaceminusoneshirt.com


Poll Vote 2020 shirt, hoodie, swe...
gravisca.com · In stock


the Polls! AKAs for Kamala Harr...
redbubble.com · In stock


Stroll To
scorpionte



Poll Black sorority Zeta Sist...
teestrends.com



Serious matter shirt,Sweater...
pinmartshirt.com



Polls Biden Harris 2020 Shirt Divine ...
pinterest.com



seriou
teepu



Stroll To The Polls AKA Votin...
trendy-shirt.com



Polls Shirt, hoodie, sweater ...
currytee.com



Greek Allure » Delta Sigma Theta Stroll ...
greekallure.com · In stock


a Serio
theage



Stroll To The Polls Biden Harris ...
telotee.com



serious matter shirt, hoodie, sw...
salet-shirtat.com



a serious matter shirt, hoodie, s...
sunfrogtshirt.com · In stock


Stroll To Th
teepublic.co



T Shirt / Unisex Shirt / Kamala ...
etsy.com · In stock



Poll Vote 2020 shirt, hoodie, ...
gravisca.com · In stock



Stroll To The Polls Biden Harr...
scorpiontee.com



Polls Shirt, hoodie, sweater ...
ewshirt.com



Election Polls Gifts & Mercha...
redbubble.com


Serious M
365teespr



Stroll To The Polls Biden Harri...
istyletee.com



Polls Yard Sign Joe Biden Ka...
pfyshop.com



Strolling to the polls Biden Harri...
findyourtees.com



Stroll To The Poll Merch | TeePu...
teepublic.com



Stroll to the Polls Sorority Tshir...
society22.com · In stock


Stroll T
trendy-

















Google

Stroll to the polls Merchandise

P

Stroll to the Polls Biden Harris T ...
etsy.com · Out of stock

Official Stroll To The Polls Shi...
ishirtoi.com

Official Trump 2020 T Shirts |...
trump2020tshirt.org

the Polls! AKAs for Kamala H...
redbubble.com · In stock

Strolling to the polls Joe Bide...
olafshirt.com · In stock

Stroll
telotee




Stroll to the polls biden harris 20...
teestrends.com




Stroll To The Poll Merch | TeePub...
teepublic.com




Serious Matter Shirt,Sweat...
365teespro.com

The rest of the results might not be what you're looking for. See more anyway

Chicago, IL, USA - From your Internet address - Learn more

Help Send feedback Privacy Terms

# EXHIBIT C

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM613979

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Ramona Prioleau | | 12/01/2020 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Stroll to the Polls, Inc. |
| **Street Address:** | 2266 Fifth Avenue #728 |
| **City:** | New York |
| **State/Country:** | NEW YORK |
| **Postal Code:** | 10037 |
| **Entity Type:** | Non-Profit Corporation: NEW YORK |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 90012428 | STROLL TO THE POLLS |
| **Serial Number:** | 90248099 | STROLL TO THE POLLS |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Email:** | gotv@strolltothepolls.org |
| **Correspondent Name:** | Ramona Prioleau |
| **Address Line 1:** | 2266 Fifth Avenue #728 |
| **Address Line 4:** | NY, NEW YORK 10037 |

OP $65.00 90012428

| | |
|---|---|
| **NAME OF SUBMITTER:** | Ramona Prioleau |
| **SIGNATURE:** | /Ramona Prioleau/ |
| **DATE SIGNED:** | 12/12/2020 |

**Total Attachments: 2**
source=Trademark Assignment 12012020-90012428 & 90248099#page1.tif
source=Trademark Assignment 12012020-90012428 & 90248099#page2.tif

# TRADEMARK ASSIGNMENT

This Trademark Assignment ("Assignment") is made effective as of this 1st day of December, 2020, by RAMONA PRIOLEAU, an individual domiciled in the State of New York and with an address of 2266 Fifth Avenue #728; New York, NY 10037 ("Assignor") and STROLL TO THE POLLS, INC., a not-for-profit corporation organized under the laws of the State of New York with an address of 2266 Fifth Avenue #728; New York, NY 10037 ("Assignee").

WHEREAS, Assignor is the owner of all right, title and interest in and to the following trademarks:

1. STROLL TO THE POLLS, Serial No. 90012428; and
2. STROLL TO THE POLLS, Serial No. 90248099

(hereinafter collectively referred to as the "Marks"); and

WHEREAS, Assignor wishes to assign to Assignee and Assignee wishes to acquire from Assignor all right, title and interest in and to the Marks, including any and all common law rights in and to the Marks, together with the goodwill of the business associated therewith.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby assigns to Assignee all of Assignor's right, title and interest throughout the world in and to the Marks, together with the goodwill of the business appurtenant to and symbolized by the Marks, and including, without limitation, the registrations for, and the pending applications for registration of, the Marks; all common law rights in and to the Marks; any and all rights, remedies, and entitlements associated therewith; the right to collect royalties or other payments associated therewith; and the right to sue and recover for, and the right to profits or damages due or accrued arising out of or in connection

with, any and all past, present or future infringements or dilution of or damage or injury to the Marks, all of the foregoing to held and enjoyed by Assignee, for its own use and benefit and for the use and benefit of its successors and assigns, to the same extent that such would have been held and enjoyed by Assignor had this assignment not been made.

The Commissioner of Trademarks of the United States and any other official throughout the world whose duty it is to register and record ownership in intellectual property rights may register and record Assignee as the assignee and/or owner of any or all of the Marks.

Assignee is successor to Assignor's business to which the Marks pertain, as required by Section 10 of the Trademark Act (15 U.S.C. § 1060).

RAMONA PRIOLEAU

Dated: December 1, 2020

By: ____________________

ASSIGNOR

# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2021-02-25 09:07:55 EST

**Mark:** STROLL TO THE POLLS

STROLL TO THE POLLS

**US Serial Number:** 90012428

**Application Filing Date:** Jun. 20, 2020

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Nov. 30, 2020

**Publication Date:** Nov. 03, 2020

# Mark Information

**Mark Literal Elements:** STROLL TO THE POLLS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Aprons; Bibs, not of paper; Bodysuits; Dresses; Footwear; Hats; Jackets and socks; Pants; Shirts; Skirts; Swimwear

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 2018

**Use in Commerce:** 2018

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** Ramona Prioleau

**Owner Address:** 2266 Fifth Ave., #728
New York, NEW YORK UNITED STATES 10037

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** RAMONA PRIOLEAU
2266 FIFTH AVE., #728
NEW YORK, NEW YORK UNITED STATES 10037

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 10, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 30, 2020 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Nov. 03, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 03, 2020 | PUBLISHED FOR OPPOSITION | |
| Oct. 14, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 24, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 23, 2020 | ASSIGNED TO EXAMINER | 92992 |
| Jul. 17, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 24, 2020 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MESSICK, TABITHA LEE **Law Office Assigned:** LAW OFFICE 104

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Sep. 28, 2020

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Applicant:** Ramona Prioleau

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7176/0268 **Pages:** 3

**Date Recorded:** Dec. 12, 2020

**Supporting Documents:** assignment-tm-7176-0268.pdf

**Assignor**

**Name:** PRIOLEAU, RAMONA **Execution Date:** Dec. 01, 2020

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Assignee**

**Name:** STROLL TO THE POLLS, INC.

**Legal Entity Type:** NON-PROFIT CORPORATION **State or Country Where Organized:** NEW YORK

**Address:** 2266 FIFTH AVENUE #728
NEW YORK, NEW YORK 10037

**Correspondent**

**Correspondent** RAMONA PRIOLEAU

**Name:**

**Correspondent Address:** 2266 FIFTH AVENUE #728
NY, NY 10037

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 1

## Type of Proceeding: Extension of Time

**Proceeding Number:** 90012428 **Filing Date:** Nov 30, 2020

**Status:** Extension of Time to Oppose Filed **Status Date:** Nov 30, 2020

**Interlocutory Attorney:**

**Defendant**

**Name:** Ramona Prioleau

**Correspondent Address:** RAMONA PRIOLEAU
2266 FIFTH AVE., #728
NEW YORK NY UNITED STATES , 10037

**Correspondent e-mail:** gotv@strolltothepolls.org

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STROLL TO THE POLLS | Request For Extension of Time to File Opposition | 90012428 | |

**Potential Opposer(s)**

**Name:** Alpha Kappa Alpha Sorority

**Correspondent Address:** PAULA JILL KRASNY
LEVENFEL PEARLSTEIN, LLC
2 N. LASALLE STREET, SUITE 1300
CHICAGO IL UNITED STATES , 60602

**Correspondent e-mail:** pjkdocket@lplegal.com , jhirsh@lplegal.com , rwilliamson@lplegal.com , mfineman@lplegal.com

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Nov 30, 2020 | |
| 2 | EXT GRANTED | Nov 30, 2020 | |

# EXHIBIT E

February 25 2021
https://strolltothepolls.org/resources

STROLL TO THE POLLS

HOME GET INVOLVED **RESOURCES**

# HELP US EXPAND OUR IMPACT

**Your contribution will help us boost voter registration and get out to vote. We can't do it without you.**

DONATE

# RESOURCES

This website uses cookies.
We use cookies to analyze website traffic and optimize your website experience. By



Register to Vote

In 2 minutes, you can register to vote! You have the power right in your hands to make your voice heard through the ballot box! Register Today!

REGISTER



Verify Your Voter Registration Status!

Find out when and where you can vote.

CHECK STATUS



Get Absentee Ballot

Can't make it to the polls on election day? Find out how to get an absentee ballot.

FIND OUT MORE

Find Your Polling Place

Location, Location, Location!

GET ADDRESS




## Register To Vote

Voter registration time takes an average of two minutes or less to complete.

Select Language

Email Address*

ZIP Code*

Next Step

**Note**: Some states offer online voter registration. Learn more.

Already registered? Share with your friends


© Copyright 2021, Rock the Vote
Powered By ROCK THE VOTE

# Double check your voter registration status

First name

Last name

Street address

Apartment number (optional)

City

State

Select a state

ZIP Code

**Date of birth**

Month

Select a month

Day (DD)

Year (YYYY)

Email

Cell phone

Continue

Powered by VoteAmerica. By continuing, you accept VoteAmerica's Terms and Privacy Policy, and agree to receive occasional emails from VoteAmerica. You can unsubscribe from emails at any time. If you provide your cell phone number, you agree to receive text messages from VoteAmerica. Message and data rates may apply. Message frequency varies. Reply STOP to unsubscribe from texts or HELP for more info.

**Powered by VoteAmerica**

Add this tool to your website

# Request your absentee or mail ballot

First name

Last name

Street address

Apartment number (optional)

City

State

Select a state

ZIP Code

**Date of birth**

Month

Select a month

Day (DD)

Year (YYYY)

Email

Cell phone

Continue

Powered by VoteAmerica. By continuing, you accept VoteAmerica's Terms and Privacy Policy, and agree to receive occasional emails from VoteAmerica. You can unsubscribe from emails at any time. If you provide your cell phone number, you agree to receive text messages from VoteAmerica. Message and data rates may apply. Message frequency varies. Reply STOP to unsubscribe from texts or HELP for more info.

**Powered by VoteAmerica**
Add this tool to your website

# Find out where to vote

- **Voting early?** Find your early voting location.
- **Voting by mail?** Find nearby dropbox locations and hand-deliver your ballot.
- **Voting in person?** Find your polling place.

Enter your home address

1600 Pennsylvania Avenue NW, Washington, DC 20500

Powered by VoteAmerica
Add this tool to your website

# ABOUT US



### Who We Are

Stroll to the Polls is a grassroots, Black Female-led entity that encourages civic engagement.



### What We Do

Focused on registration and participation, Stroll to the PollsTM needs you to help build this grassroots initiatives.



### How We Do It

Stroll to the PollsTM joins citizens, institutions, and organizations to engage in the betterment of our democracy.

# OUR FOUNDER

### Ramona Prioleau

Ramona Prioleau founded Stroll to the Polls to encourage voter registration and participation.

Ramona Prioleau spent many years as a corporate attorney, representing boards of directors, investment banks, investment funds and activist investors. A former commercial banker, Ramona has been an entrepreneur for over 20 years.

Ramona's education includes a JD from the University of Virginia Law School as well as an AB and MBA from Columbia University.

A life member of Alpha Kappa Alpha Sorority, Incorporated, Ramona has mentored students and professionals for over 35 years.



# CONTACT US

Drop us a line!

Name

Email*

Message

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Get Involved! Be a part of Stroll to the Polls!

HOME GET INVOLVED RESOURCES

**Stroll to the Polls**

Trademark & Copyright © 2018 - 2020 Stroll to the Polls - All Rights Reserved.

Powered by GoDaddy

**EXHIBIT F**

**February 25 2021**
**https://strolltothepolls.org/**

STROLL TO THE POLLS

HOME GET INVOLVED RESOURCES




# TAKE ACTION


















# SHOP




Unisex Jersey Short Sleeve Tee

$25.00

Color: White

Size: L

Add to cart




Unisex Jersey Long Sleeve Tee

$30.00

Color: Black

Size: L

Add to cart




Infant Fine Jersey Bodysuit

$17.93

Color: White

Size: 12M

Add to cart









Embroidered Baby Bib (Pink)

Add to cart

Embroidered Baby Bib (Blue)

Add to cart

Embroidered Baby Bib (Gray)

Add to cart





Flip-Flops

$19.99

S

Add to cart



Women's Sneakers

$80.00

Size

US 6

Color

Black

Add to cart



Men's Sneakers

$80.00

Color

Black

Size

US 9

Add to cart



Women's Varsity Jacket

$80.00

Color

Black/White

Size

L

Add to cart



Men's Varsity Jacket

$80.00

Size

L

Color

Black/Vintage Heather

Add to cart



Women's Leggings

$40.00

Color

White Seams

Size

M

Add to cart









Women's Skater Skirt

$40.00

Size

M

Weight

4 oz.

Add to cart



Women's Racerback Dress

$40.00

M

Add to cart



Women's One-piece Swimsuit

$30.00

Color

Black

Size

M

Add to cart




Unisex Twill Hat

$25.30

Add to cart



Embroidered Apron

$30.00

Black

Add to cart



Socks

$18.00

Add to cart

HOME GET INVOLVED RESOURCES

**Stroll to the Polls**

Trademark & Copyright © 2018 - 2020 Stroll to the Polls - All Rights Reserved.

Powered by GoDaddy

# EXHIBIT G

## Contact

www.linkedin.com/in/
ramonaprioleau (LinkedIn)

## Top Skills

Corporate Governance
Corporate Law
Due Diligence

# Ramona Prioleau

CEO & Founder at Quill Report, Inc.
New York

## Summary

Professional skilled at providing time- and money-saving advisory services to institutional investors, hedge funds, private equity funds, activist investors and corporations on corporate governance, company meetings, proxy voting, directors' duties, special committees, shareholders' rights, changes in share capital, poison pills and company constitutional issues.

Specialties: Board Leadership, C-Suite Relationship Building and Management, Corporate Governance, M&A, Research, Critical Analysis, Due Diligence, Finance, Writing, Project Management, Continual Improvement

---

## Experience

### Quill Report, Inc.
CEO
July 2015 - Present (5 years 8 months)
New York, NY

* Creating, communicating and implementing the organization's vision and mission.
* Formulating and implementing strategic plan.
* Leading, guiding, directing and evaluating the work of others.
* Overseeing all operational matters.

### FraMiATi
Founder
2013 - Present (8 years)
New York, NY

Overseeing the growth & development of startup social enterprise.

### MOSAEC
Founder
September 1998 - Present (22 years 6 months)
New York, NY

Overseeing growth & development of social network that covers film, fine arts, museums, literature, culture, music, sports, fashion, theater, dance, locales and general news.

LexisNexis
Manager, Content & Product Initiatives
June 2012 - May 2014 (2 years)
New York, New York

LexisNexis Women Connected (Mentoring Committee, Leadership Board Member)

Prudential Financial
Manager, Corporate Governance Department
March 2011 - June 2012 (1 year 4 months)
Newark, New Jersey

ALM
Primary Law Editor, Substantive Law
February 2010 - March 2011 (1 year 2 months)

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Corporate Attorney
2001 - 2009 (8 years)
New York, NY

ALM
Corporate Attorney
2000 - 2001 (1 year)

Sidley Austin
Corporate Attorney
1994 - 1998 (4 years)

University of Virginia
Law Clerk
May 1992 - December 1993 (1 year 8 months)
Charlottesville, Virginia

Manufacturers Hanover Trust
Senior Credit Analyst
1988 - 1990 (2 years)

New York, New York

Columbia University
Various Postions
September 1984 - May 1988 (3 years 9 months)
New York, NY

## Education

University of Virginia School of Law
JD, Law · (1991 - 1994)

Columbia Business School
MBA, Finance, Marketing · (1990 - 1991)

Columbia University in the City of New York
AB, Economics · (1984 - 1988)