UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STROLL TO THE POLLS, INC., | : | |
| | : | |
| Plaintiff, | : | Case No. 25 Civ. 7809 (ALC) |
| -against- | : | |
| | : | |
| ALPHA KAPPA ALPHA SORORITY, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Emily A. Poler dated September 17, 2026, Emily A. Poler, counsel for Plaintiff Stroll to the Polls, Inc., will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, Southern District of New York, for an order pursuant to Local Civil Rule 1.4 and New York Judiciary Law § 475 permitting her to withdraw as counsel of record for Plaintiff in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that opposing papers, if any, must be served upon the undersigned on or before October 1, 2026, and reply papers, if any, will be served on or before October 15, 2026.

Dated: September 17, 2026
Brooklyn, New York

TRACHTMAN AND POLER LAW LLC

By: Emily A. Poler


Emily A. Poler
45 Main Street, Suite 810
Brooklyn, NY 11201
(212) 675-9060
emily@trachtmanpoler.com


*Attorneys for Plaintiff*