UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STROLL TO THE POLLS, INC., Plaintiff, -against- ALPHA KAPPA ALPHA SORORITY, INC., Defendant. | : | No. 25 Civ. 7809 (ALC) |

## DECLARATION

Pursuant to 28 U.S.C. § 1746, Emily A. Poler declares as follows:

1. I am over the age of eighteen, have no legal disabilities, have personal knowledge of the facts set forth below, and, if called to testify, will do so truthfully.

2. I am an attorney admitted to practice before this Court.

3. I submit this Declaration in connection with my motion pursuant to Local Civil Rule 1.4 to withdraw as counsel to Stroll to the Polls, Inc. ("Plaintiff").

4. Plaintiff commenced this action on or about September 18, 2025.

5. I appeared in this action on or about March 11, 2026, and filed an Amended Complaint on or about April 22, 2026.

6. Defendant filed an answer to the Amended Complaint on or about May 13, 2026.

7. The Parties have served and responded to document requests, but no other discovery has taken place.

8. The Parties are scheduled to update the Court on the status of this matter on September 23, 2026.

9. I request that I be permitted to withdraw as counsel because of Plaintiff's failure to follow my recommendations as to the proper course of action. This renders it difficult or impossible for me to continue to effectively represent Plaintiff.[1]

10. I first raised my concerns with Plaintiff in a phone call that took place on July 17, 2026. However, to date, nothing has changed.

11. In light of the foregoing, on September 4, 2026, I emailed Plaintiff's principal to remind her of this conversation. In this email, I requested that Plaintiff identify new counsel by September 11, 2026.

12. Plaintiff responded to this request this morning. In her response, Plaintiff's principal did not object to my withdrawal, but requested that Plaintiff be given additional time to locate new counsel.

13. In light of the foregoing, I respectfully request that the Court grant Plaintiff 30 days to identify new counsel.

14. I have an outstanding invoice that has not been paid and am asserting a lien for the amount of that invoice.

---

[1] I am not providing additional details here to avoid the possibility of revealing information that might be subject to the attorney-client privilege and/or prejudicial to my client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 17, 2026.

Dated: September 17, 2026
Brooklyn, New York

TRACHTMAN AND POLER LAW LLC

By: Emily A. Poler ____________________

Emily A. Poler
45 Main Street, Suite 810
Brooklyn, NY 11201
(212) 675-9060
emily@trachtmanpoler.com

*Attorneys for Plaintiff*