UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nima Farris, et al.,

Plaintiffs,

-against-

Alpha Kappa Alpha Sorority,

Defendants.

25-CV-07809 (ALC) (RFT)

**SCHEDULING ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, September 23, 2026 at 11:00 AM.** The parties are directed to join the conference at the scheduled time and be prepared to discuss the motion at ECF 39. Please dial (646) 453-4442, Access Code: 795 761 636#.

Plaintiff's counsel and Plaintiff's principal are required to attend. Defendants' counsel may attend but is not required to do so.

Plaintiff's counsel is ordered to serve this order by email on Plaintiff's principal by September 18, 2026 and to file proof of such service on the same date.

DATED: September 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge