UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STROLL TO THE POLLS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALPHA KAPPA ALPHA SORORITY, INC.<br><br>Defendant. | 25-CV-7809 (ALC) (RFT)<br><br>**<u>CONFERENCE ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is the motion by Plaintiff's counsel to withdraw from representing Plaintiff. (ECF 39.) As discussed at the status conference held on September 23, 2026:

1. The motion to withdraw is GRANTED. Ms. Poler stated that she is filing a charging lien in connection with this case.
2. The case is STAYED until **November 23, 2026**, to permit Plaintiff time to find new counsel.
3. Because Plaintiff is not a natural person, it cannot proceed pro se (without counsel) in this matter. Accordingly, if new counsel has not appeared on the docket for Plaintiff by **5:00 pm on November 23, 2026**, it is my intention to write a report and recommendation to Judge Andrew L. Carter that this case should be dismissed. I had initially intended for the stay to last for 30 days, but I extended the period of the stay so that it lasts for 60 days, based on Plaintiff's principal's representation that the next 40 days are extremely busy and critical to Plaintiff's mission. I allowed this additional time

over Defendant's objection. As I stated at the conference, I do not expect to grant any further extensions of the deadline for Plaintiff to locate new counsel.

4. The contact information for Plaintiff is: ip@strolltothepolls.org.

The Clerk of Court is respectfully requested to (a) terminate Ms. Poler from the docket, (b) update the docket with Plaintiff's contact information, set forth above, and (b) terminate ECF 39. Additionally, in light of the termination of Ms. Farris as a party, the Clerk of Court is respectfully requested to change the case caption to Stroll to the Polls, Inc., Plaintiff, v. Alpha Kappa Alpha Sorority, Inc., Defendant.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**