UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STROLL TO THE POLLS, INC.,

Plaintiff,

-against-

ALPHA KAPPA ALPHA SORORITY, INC.

Defendant.

25-CV-7809 (ALC) (RFT)

**CONFERENCE ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received an email from Plaintiff, sent to the court's automatic email address, copying another court email address and counsel for Defendant, attached hereto as Exhibit A. Plaintiff is reminded that all correspondence must be filed on the docket. Communications with chambers are not allowed unless there is an urgent need, such as when there is an imminent deadline from which Plaintiff needs relief, in which case Plaintiff may email chambers with a copy to opposing counsel. There was no such urgent need for Plaintiff's email to chambers. Plaintiff is directed to consult my Individual Practice Rules in Civil Cases, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky. Going forward, all requests should be uploaded to the docket. As of November 13, 2026, the Southern District of New York is implementing a new system for pro se filings. Any future filings may be uploaded to the Pro se Document Submission Portal, which can be found at: https://sdp.nysd.circ2.dcn/submit-pro-se-files-court.

Regarding Plaintiff's underlying request, Plaintiff may have until **December 21, 2026** for new counsel to enter a notice of appearance. If no counsel appears, I expect to recommend to

Judge Carter that the case be dismissed, because only natural persons may proceed pro se, and Plaintiff is not a natural person. While Plaintiff is correct that former counsel has not yet filed a charging lien on the docket, there is no pending deadline for counsel to do so, and counsel may lodge and seek to settle such a lien at any time while the case is pending and even after a judgment or settlement.

DATED: November 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**